UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



| | |
|---|---|
| VINCENT ROBINSON AND<br>CURTIS RICHARD | CIVIL ACTION |
| VERSUS | |
| LT. HARRIS, ET AL. | NO. 09-0457-JVP-CN |

### O R D E R

On July 14, 2009, the pro se plaintiffs, prisoners confined at the East Baton Rouge Parish Prison ("EBRPP"), Baton Rouge, Louisiana, filed this proceeding pursuant to 42 U.S.C. § 1983 against Lt. Harris, Dpty Sanchez, Dpty William, The EBRPP Classification Department, Lt. Jones, Cpl. Patrick, Cpl. Hassell, Warden Grimes and Capt. Scott, complaining that the defendants have violated the plaintiffs' constitutional rights through verbal threats, harassment, wrongful placement in segregated confinement, refusal of medical treatment, exposure to unhygienic and pest-infested conditions, and arbitrary rejection of administrative grievances.

By correspondence dated August 19, 2009, the Clerk of Court directed the plaintiffs, inter alia, to resubmit their Complaint within fifteen (15) days, identifying the parties where appropriate on the Court's approved Complaint form. Rec.doc.nos. 3 and 4. In addition, the Clerk advised plaintiff Richard that he must, within such time, either pay the cost of filing suit in this Court or submit a properly completed motion to proceed in forma pauperis herein, together with a Statement of Account signed by an authorized official at EBRPP, certifying to the average six-month deposits and balance in his inmate account(s). See rec.doc.no. 4.

The plaintiffs were specifically notified that, "failure to amend the pleadings as indicated will result in the dismissal of your suit by the Court without further notice."

Despite notification of the need to resubmit their Complaint within fifteen (15) days, and notification to plaintiff Richard that he must either pay the cost of filing suit in this Court within such time or submit a properly completed motion to proceed in forma pauperis and Statement of Account, the plaintiffs have failed to comply with the Court's directive. Therefore, this proceeding shall be dismissed, without prejudice, for failure of the plaintiffs to correct the deficiencies of which they were notified.

Judgment shall be entered in accordance with this Ruling.

Baton Rouge, Louisiana, this 6th day of October, 2009.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE